UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT SAMUEL CARDEN,<br><br>        Defendant. | CASE NO.  21CR2186-JLS<br><br>**ORDER RE JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting from September 10, 2021 to October 22, 2021 at 1:30 p.m. is granted.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7).

**IT IS SO ORDERED**.

Dated:  August 30, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge