UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT SAMUEL CARDEN,<br><br>    Defendant. | CASE NO.  21CR2186-JLS<br><br>**ORDER RE JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting from October 22, 2021 to December 3, 2021 at 1:30 p.m. is granted. Defendant shall file an acknowledgment of the new hearing date by October 29, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7).

**IT IS SO ORDERED**.

Dated:  October 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge