UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br> vs.<br><br>Robert Samuel Carden,<br><br>          Defendant. | Case No. 21-cr-02186-JLS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐  the Court has dismissed the case for unnecessary delay; or

☒  the Court has granted the motion of the Government for dismissal, with prejudice; or

☐  the Court has granted the motion of the defendant for a judgment of acquittal; or

☐  a jury has been waived, and the Court has found the defendant not guilty; or

☐  the jury has returned its verdict, finding the defendant not guilty;

☒  of the offense(s) as charged in the Indictment/Information:

  21:952, 960 - Importation of Methamphetamine (Felony)
  21:952, 960 - Importation of Propanamide (Fentanyl) (Felony)
  21:952, 960 - Importation of Heroin (Felony)
  21:952, 960 - Importation of Cocaine (Felony)

Dated:  2/23/2023

                     Hon. William V. Gallo
                     United States District Judge